**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

GLENNBOROUGH HOMEOWNERS
ASSOCIATION,

      Plaintiff,

v.                                                   Case No. 20-12526

UNITED STATES POSTAL SERVICE,

      Defendant.
_____/

## JUDGMENT

In accordance with the "Opinion and Order Granting Defendant's Motion to Dismiss and Dismissing this Case" entered on March 8, 2021,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendant United States Postal Service, and against Plaintiff Glennborough Homeowners Association. Dated at Port Huron, Michigan, March 8, 2021.

                                                KINNIKIA ESSIX
                                                CLERK OF THE COURT

                                                By: s/Lisa Wagner
                                                   Lisa Wagner, Case Manager
                                                   to Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\20-12526.GLENNBOROUGH.Judgment.RMK.docx